UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARY VASTA,
                Plaintiff,

                                                     22 civ 2993 (JGK)
      -against-

HILTON WORLDWIDE HOLDINGS, et al.,
                Defendants.
-------------------------------------------------------------X

## ORDER

A pre-motion conference in this matter is scheduled for **Friday, April 20, 2022, at 10:30am. Dial-in: 888 363-4749. Access code: 8140049. The defendant shall notify all parties of the conference.** All deadlines are stayed pending the conference.

**SO ORDERED.**

                                                                              JOHN G. KOELTL
                                                     UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         April 14, 2022