UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY VASTA,

                Plaintiff,

   - against -

HILTON WORLDWIDE HOLDINGS INC., ET AL.,

                Defendants.

22-cv-2993 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The pre-motion conference is adjourned to April 25, 2022, at 4:00 p.m. Dial-in: (888) 363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           April 19, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                United States District Judge