UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

MARY VASTA,

              Plaintiff,

  - against -

HILTON WORLDWIDE HOLDINGS INC., ET AL.,

              Defendants.
───────────────────────────────

22-cv-2993 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    As discussed at today's conference, the parties should submit a status report by May 13, 2022. The time to respond to the Complaint is stayed pending the status report.

SO ORDERED.

Dated:    New York, New York
           April 25, 2022

                                        /s/ John G. Koeltl
                                        John G. Koeltl
                                      United States District Judge